April 12, 1982.

445 A.2d 206

Associated Financial Express Inc., Appellant v. Baez.

Argued February 1, 1982.   David Lionel Pollack, for appellant;   Charles Schleifer, for appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.